# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   KIMBERLY CHANDA SAFFORD                       Case No.: 08-31457

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/18/2008.

2) This case was confirmed on 01/29/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/29/2009, 10/07/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/14/2010.

5) The case was converted on 11/10/2011.

6) Number of months from filing to the last payment: 36

7) Number of months case was pending: 37

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   25,750.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 118,012.56 |
| Less amount refunded to debtor | $ 4,237.89 |
| **NET RECEIPTS** | $ 113,774.67 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,399.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 6,811.77 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 9,210.77 |
| Attorney fees paid and disclosed by debtor | $ 1,101.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MONTEREY FINANCIAL | SECURED | 800.00 | 1,000.00 | 800.00 | 799.24 | 44.52 |
| ARONSON FURNITURE | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 800.00 | .00 | 800.00 | 786.32 | 108.47 |
| CITY OF CHICAGO DEPT | OTHER | NA | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 13,200.00 | 23,239.26 | 22,300.00 | 22,029.87 | 1,876.70 |
| SANTANDER CONSUMER U | UNSECURED | 9,100.00 | .00 | 939.26 | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | 248,000.00 | 225,732.37 | .00 | 75,911.84 | .00 |
| WELLS FARGO BANK NA | SECURED | 18,000.00 | 24,466.94 | 24,766.94 | 146.21 | .00 |
| WELLS FARGO HOME MOR | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | OTHER | NA | NA | NA | .00 | .00 |
| JTA | SECURED | 3,000.00 | .00 | 3,000.00 | 2,682.03 | 178.70 |
| MONTEREY FINANCIAL | UNSECURED | 1,000.00 | 732.38 | 932.38 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 1,900.00 | NA | NA | .00 | .00 |
| CHRIST MEDICAL CENTE | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 3,700.00 | 3,549.05 | 3,549.05 | .00 | .00 |
| AMERICASH SIGNATURE | OTHER | .00 | NA | NA | .00 | .00 |
| COMPUCREDIT CORPORAT | UNSECURED | 1,600.00 | 1,340.94 | 1,340.94 | .00 | .00 |
| AT&T CREDIT MANAGEME | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 650.00 | 392.14 | 392.14 | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO DEPT | UNSECURED | 500.00 | 1,330.00 | 1,330.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| CONSULTANTS IN CLINI | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT SV | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| HERMAN TAYLOR MD | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| JAMES L ORRINGTON | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| JAMES ORRINGTON MD | OTHER | .00 | NA | NA | .00 | .00 |
| ENTERPRISE LEASING | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| FAMILY EYE PHYSICIAN | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 550.00 | 490.49 | 490.49 | .00 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| GATEWAY CHEVROLET | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| GATEWAY CHEVROLET | OTHER | .00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO ENT | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | OTHER | .00 | NA | NA | .00 | .00 |
| HOLY ANGELS SCHOOL | UNSECURED | 5,200.00 | 2,217.51 | 2,217.51 | .00 | .00 |
| HOLY ANGEL SCHOOL | OTHER | .00 | NA | NA | .00 | .00 |
| HOLY ANGEL SCHOOL | OTHER | .00 | NA | NA | .00 | .00 |
| JIFFY LUBE INTERNATI | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| JIFFY LUBE INTERNATI | OTHER | .00 | NA | NA | .00 | .00 |
| KMART | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| K MART | OTHER | .00 | NA | NA | .00 | .00 |
| LIFETOUCH | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 500.00 | 484.70 | 484.70 | .00 | .00 |
| MIDNIGHT VELVET | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWESTERN DENTAL | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 1,700.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | OTHER | .00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | OTHER | .00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| PROACTIVE SOLUTION | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| PUZZLEMANIA | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| RBS CREDIT CARD SERV | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 1,300.00 | 1,046.21 | 1,046.21 | .00 | .00 |
| SPRINT PCS | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 200.00 | 188.78 | 188.78 | .00 | .00 |
| SPRINT PCS | OTHER | .00 | NA | NA | .00 | .00 |
| ST XAVIER UNIVERSITY | UNSECURED | 1,800.00 | 1,739.23 | 1,739.23 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 78,800.00 | 80,463.75 | 80,463.75 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| US DEPT OF ED | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO FIN | UNSECURED | 13,200.00 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO FIN | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| MERCY HOSPITAL | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | SECURED | NA | 1,031.60 | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 7,898.97 | 7,898.97 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | 313.90 | 313.90 | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| RENAISSANCE ESTATES | UNSECURED | NA | 3,000.00 | 3,000.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | 75,911.84 | .00 |
| Mortgage Arrearage | 24,766.94 | 146.21 | .00 |
| Debt Secured by Vehicle | 22,300.00 | 22,029.87 | 1,876.70 |
| All Other Secured | 4,600.00 | 4,267.59 | 331.69 |
| **TOTAL SECURED:** | 51,666.94 | 102,355.51 | 2,208.39 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 106,327.31 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 9,210.77 |
| Disbursements to Creditors | $ | 104,563.90 |
| **TOTAL DISBURSEMENTS:** | $ | 113,774.67 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    12/13/2011                    /s/ Tom Vaughn
                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**